# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| State of Texas; Texas Commission on Environmental Quality; Public Utility Commission of Texas; Luminant Generation Company, LLC; Big Brown Power Company, LLC; Luminant Mining Company, LLC; Big Brown Lignite Company, LLC; Luminant Big Brown Mining Company, LLC; Southwestern Public Service Company; Coleto Creek Power, LLC; NRG Texas Power, LLC,<br><br>               Petitioners,<br><br>   v.<br><br>U.S. Environmental Protection Agency; Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>               Respondents. | No. 16-60118 |

## EPA's Status Report

As required by the Court's April 7, 2017 order, EPA submits this status report.

At dispute is an EPA final rule (the Rule) that establishes "reasonable progress" requirements for the first planning period for regional haze under the Clean Air Act.  See "Approval and Promulgation of Implementation Plans; Texas and Oklahoma; Regional Haze State Implementation Plans; Interstate Visibility Transport State Implementation Plan to Address Pollution Affecting Visibility and Regional Haze; Federal Implementation Plan for Regional Haze," 81 Fed. Reg. 296 (Jan. 5, 2016).

In early 2017, the Court granted EPA's motion for partial voluntary remand and put the case in abeyance pending EPA's reconsideration of the Rule.  Order (Mar. 22, 2017).  As EPA explained in earlier status reports, its plan was to first complete proceedings on a related but separate action to address a Clean Air Act requirement for best available retrofit technology (BART) in Texas, then address the reasonable-progress requirements remanded here.

The agency published a final BART rule in October 2017.  82 Fed. Reg. 48,324 (Oct. 17, 2017).  That rule was challenged in this Circuit and eventually the case was placed in abeyance pending administrative reconsideration.  Order, *Nat'l Parks Conservation Ass'n, et al. v. EPA,* Case No. 17-60828 (5th Cir. Mar. 6,

2018). That process was completed in August 2020 and EPA affirmed its 2017 BART rule with certain amendments. 85 Fed. Reg. 49,170 (Aug. 12, 2020).[1]

In addition, as requested by the Court, EPA submitted a timetable of when it will complete voluntary remand. *See* EPA's Response (July 15, 2022) (attaching Decl. of David F. Garcia). EPA updated that timetable, explaining that it expects to issue a proposal on reconsideration of the reasonable-progress requirements by the end of July 2023. Notice of Updated Timetable (Mar. 29, 2023) (attaching Decl. of David F. Garcia); *see also* EPA's Status Report (October 30, 2023) (attaching Decl. of David F. Garcia and updating timetable). The Administrator signed the proposal in July. 88 Fed. Reg. 48,152 (July 26, 2023). The public-comment period closed on September 25, 2023.

---

[1] The 2020 BART rule was the subject of new petitions for review filed both here and in the D.C. Circuit. In December 2020 this Circuit, in rulings by a single judge, transferred its BART petitions to the D.C. Circuit to determine venue. *See* Order, *Nat'l Parks Conservation Ass'n v. EPA*, Case No. 17-60829 (Dec. 23, 2020, 5th Cir.). A panel of this Circuit later declined to reconsider that ruling. The BART petitions, now consolidated in the D.C. Circuit, are in abeyance pending EPA's administrative reconsideration of the 2020 BART rule. *See* Order, *Nat'l Parks Conservation Ass'n v. EPA*, Case No. 20-1408 and consolidated cases (D.C. Cir. June 29, 2021). On April 19, 2023, the EPA signed a notice of proposed rulemaking addressing BART requirements in Texas. 88 Fed. Reg. 28,918 (May 4, 2023). The public-comment period closed on August 2, 2023. 88 Fed. Reg. 35,807 (June 1, 2023).

EPA continues to evaluate the comments received and is assessing its timetable to take final action. EPA will update the timetable in a future status report if necessary.

Because agency proceedings are ongoing, this case should stay in abeyance. The next status report is due on June 28, 2024.

Submitted on April 29, 2024.

                                            */s/ Sue Chen*
                                            Sue Chen
                                            U.S. Department of Justice
                                            Environment & Natural Resources Division
                                            Environmental Defense Section
                                            P.O. Box 7611
                                            Washington, D.C. 20044
                                            202.305.0283
                                            Sue.Chen@usdoj.gov

## Certificate of Service

I certify that on April 29, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                            */s/ Sue Chen*
                                            Sue Chen