# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 23, 2024

Mr. Ryan Baasch
Office of the Attorney General
Consumer Protection Division
P.O. Box 12548 (MC-010)
Austin, TX 78711-2548

Mr. C. Frederick Beckner III
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Ms. Kellie Elizabeth Billings-Ray
Office of the Attorney General
Environmental Protection & Administrative Law Division
P.O. Box 12548 (MC 066)
Austin, TX 78711-2548

Sue Chen
U.S. Department of Justice
Enviornment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Mr. Matthew Gerhart
Sierra Club
Environmental Law Program
1536 Wynkoop Street
Suite 200
Denver, CO 80202

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite. 1500
Birmingham, AL 35203

Ms. Debra Jezouit
Baker Botts, L.L.P.
700 K Street, N.W.
Washington, DC 20001-0000

Mr. Daniel Jude Kelly
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201


Mr. Matthew Lynn Kuryla
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002


Ms. Danica Lynn Milios
Jackson Walker, L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701


Mr. David Welles Mitchell
Vistra Corporation
6555 Sierra Drive
Irving, TX 75039


Ms. Stephanie Zapata Moore
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201


Mr. Michael J. Nasi
Jackson Walker, L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701


Ms. Jessica O'Donnell
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611


Mr. Daniel Pinkston
U.S. Department of Justice
Environmental Defense Section
999 18th Street
South Terrace
Denver, CO 80202


Ms. Elena Kathryn Saxonhouse
Sierra Club

Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

Mr. Joshua Smith
Sierra Club
Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

Mr. Michael Christopher Soules
Earthjustice Legal Defense Fund
1001 G Street, N.W.
Suite 702
Washington, DC 20001

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. Eugene Marc Trisko
Law Offices of Eugene M. Trisko
P.O. Box 596
Berkeley Springs, WV 25411

    No. 16-60118   State of Texas v. EPA
                       Agency No. 81 Fed. Reg. 296

Dear Counsel,

The court plans to take the case out of abeyance on September 3, 2024, and proceed to resolution of the pending appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680